IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDER THE WEATHER, LLC, an Ohio limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>ALVANTOR INDUSTRY COMPANY, LTD., a California corporation, and EIGHTEENTEK, INC., a California corporation<br><br>Defendants. | Case No. 2:23-cv-08343-MRA-E<br><br>**JUDGMENT FOLLOWING JURY TRIAL**<br><br>Judge:<br>Hon. Mónica Ramírez Almadani<br><br>Trial: October 19, 2026<br>Complaint Filed: October 4, 2023 |
| ALVANTOR INDUSTRY COMPANY, LTD., a California corporation,, et al.,<br><br>Counterclaimants,<br><br>v.<br><br>UNDER THE WEATHER, LLC, an Ohio limited liability company<br><br>Counterclaim-Defendant. | |
| UNDER THE WEATHER, LLC, an Ohio limited liability company;<br><br>Counterclaimant,<br><br>v.<br><br>ALVANTOR INDUSTRY COMPANY, LTD., a California corporation,, et al.<br><br>Counterclaim-Defendants. | |

This action was tried before a jury and this Court, the Honorable Mónica Ramírez Almadani presiding, between October 19, 2026 and October 29, 2026.

On October 29, 2026, the jury returned a unanimous verdict in favor of Plaintiff and Counter-Defendant Under the Weather, LLC ("UTW" or "Plaintiff") as set forth in the special verdict ("Jury Verdict", Dkt. 341), a copy of which is attached hereto.

IT IS THEREFOR HEREBY ORDERED AND ADJUDGED that Judgment be, and is hereby, entered on the October 29, 2026 Jury Verdict in favor of Plaintiff Under The Weather LLC, and against Defendants Alvantor Industry Co. Ltd. ("Alvantor") and EighteenTek, Inc. ("EighteenTek", collectively "Defendants") as set forth in the attached Jury Verdict, EXCEPT as to Plaintiff's requests for disgorgement of profits under the Lanham Act. As to those portions of the Jury Verdict, this Court ordered before the trial that the verdicts would be advisory only as set forth in Dkt. 279.

IT IS FURTHER NOTED THAT, pursuant to Federal Rule of Civil Procedure 52(a), the Court will issue a separate decision at a later date with respect to disgorgement of profits under the Lanham Act based on its own findings of fact and conclusions of law. The parties have submitted a stipulation proposing a schedule for filing proposed findings of fact and conclusions of law and briefing related thereto.

The damages amounts awarded in the attached Jury Verdict are subject to any enhanced damages, pre-judgment interest, fees, and costs that may be awarded at a later date, and the Court retains jurisdiction to address these issues, as well as any requests for injunctive relief and to amend this Judgment as appropriate.

The Court FURTHER ORDERS that Plaintiff is the prevailing party and, under Federal Rule of Civil Procedure 54, shall recover costs from Defendants, taxed in a sum to be determined. Any motion for enhanced damages, attorneys' fees and/or injunctive relief will be determined by the Court separately.

IT IS FURTHER ORDERED AND ADJUDGED that this Judgment is subject to revision pursuant to any rulings on the Parties' post-trial motions.

IT IS FURTHER NOTED that, as set forth above, certain claims and requests for relief remain pending before the Court. This Judgment is not a Final Judgment as to all claims.

JUDGMENT IS SO ENTERED.

Dated: November 9, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDER THE WEATHER, LLC, an Ohio limited liability company;<br>Plaintiff,<br>v.<br>ALVANTOR INDUSTRY COMPANY, LTD., a California corporation, EIGHTEENTEK, INC., a California corporation;<br>Defendants. | Case No. 2:23-cv-08343-MRA-E<br>**VERDICT FORM**<br>JURY TRIAL |
| ALVANTOR INDUSTRY COMPANY, LTD., a California corporation, EIGHTEENTEK, INC., a California corporation;<br>Counterclaimants,<br>v.<br>UNDER THE WEATHER, LLC, an Ohio limited liability company;<br>Counterclaim-Defendant | |
| UNDER THE WEATHER, LLC, an Ohio limited liability company;<br>Counterclaimant,<br>v.<br>ALVANTOR INDUSTRY COMPANY, LTD., a California corporation, EIGHTEENTEK, INC., a California corporation;<br>Counterclaim-Defendants. | |

FILED
CLERK, U.S. DISTRICT COURT
OCT 29, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: MKU DEPUTY

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**<u>QUESTION NO. 1 – INFRINGEMENT OF THE FEDERALLY REGISTERED UNDER THE WEATHER® TRADEMARK</u>**

QUESTION NO. 1a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor infringed its federally registered UNDER THE WEATHER® trademark?

____X____ Yes (for Under the Weather)

__________ No (for Alvantor)

***If your answer to this question is "no," please <u>skip Question No. 1b</u> on this page.***

QUESTION NO. 1b

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor willfully infringed its federally registered UNDER THE WEATHER® trademark?

____X____ Yes (for Under the Weather)

__________ No (for Alvantor)

QUESTION NO. 1c

Did Defendant Alvantor prove by a preponderance of the evidence that it does not infringe Plaintiff Under the Weather's UNDER THE WEATHER® trademark because its use was "fair use"?

__________ Yes (for Alvantor)

__X__ No (for Under the Weather)

QUESTION NO. 1d

Did Plaintiff Under the Weather prove by a preponderance of the evidence that EighteenTek infringed its federally registered UNDER THE WEATHER® trademark?

__X__ Yes (for Under the Weather)

__________ No (for EighteenTek)

***If your answer to this question is "no," please <u>skip Question No. 1e</u> on the next page.***

Case 2:23-cv-08343-MRA-E Document 341 Filed 10/07/25 Page 5 of 46 Page ID #:10902

QUESTION NO. 1e

Did Plaintiff Under the Weather prove by a preponderance of the evidence that EighteenTek willfully infringed Plaintiff Under the Weather's federally registered UNDER THE WEATHER® trademark?

____________Yes (for Under the Weather)

____________No (for EighteenTek)

QUESTION NO. 1f

Did Defendant EighteenTek prove by a preponderance of the evidence that it does not infringe Plaintiff Under the Weather's UNDER THE WEATHER® trademark because its use was "fair use"?

____________Yes (for EighteenTek)

____________No (for Under the Weather)

QUESTION NO. 1g

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Defendants had either statutory or actual notice that the UNDER THE WEATHER mark was registered?

________Yes (for Under the Weather)

________No (for Alvantor and EighteenTek)

## QUESTION NO. 2 – INFRINGEMENT OF THE FEDERALLY REGISTERED WEATHERPOD® MARK

QUESTION NO. 2a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor infringed its federally registered WEATHERPOD® trademark?

__X__ Yes (for Under the Weather)

_____ No (for Alvantor)

***If your answer to this question is "no," please <u>skip Question No. 2b</u> on this page.***

QUESTION NO. 2b

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor willfully infringed its federally registered WEATHERPOD® trademark?

__X__ Yes (for Under the Weather)

_____ No (for Alvantor)

QUESTION NO. 2c

Did Defendant Alvantor prove by a preponderance of the evidence that it does not infringe Plaintiff Under the Weather's WEATHERPOD® trademark because its use was "fair use"?

__________ Yes (for Alvantor)

____X____ No (for Under the Weather)

QUESTION NO. 2d

Did Plaintiff Under the Weather prove by a preponderance of the evidence that EighteenTek infringed its federally registered WEATHERPOD® trademark?

__________ Yes (for Under the Weather)

____X____ No (for EighteenTek)

***If your answer to this question is "no," please <u>skip Question No. 2e</u> on this page.***

QUESTION NO. 2e

Did Plaintiff Under the Weather prove by a preponderance of the evidence that EighteenTek willfully infringed Plaintiff Under the Weather's federally registered WEATHERPOD® trademark?

__________ Yes (for Under the Weather)

__________ No (for EighteenTek)

QUESTION NO. 2f

Did Defendant EighteenTek prove by a preponderance of the evidence that it does not infringe Plaintiff Under the Weather's WEATHERPOD® trademark because its use was "fair use"?

____________ Yes (for EighteenTek)

___X___ No (for Under the Weather)

QUESTION NO. 2g

Did Defendants prove by a preponderance of the evidence that Under the Weather's WEATHERPOD® mark is invalid?

____________ Yes (for Alvantor and EighteenTek)

___X___ No (for Under the Weather)

QUESTION NO. 2h

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Defendants had either statutory or actual notice that the WEATHERPOD mark was registered?

___X___ Yes (for Under the Weather)

____________ No (for Alvantor and EighteenTek)

**QUESTION NO. 3 – INFRINGEMENT OF COMMON LAW TRADEMARK RIGHTS IN THE UNDER THE WEATHER MARK**

QUESTION NO. 3a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor infringed Plaintiff's common law trademark rights in its UNDER THE WEATHER trademark?

___X___ Yes (for Under the Weather)

________ No (for Alvantor)

***If your answer to this question is "no," please <u>skip Question No. 3b</u> on this page.***

QUESTION NO. 3b

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor willfully infringed Plaintiff's common law rights in its UNDER THE WEATHER trademark?

___X___ Yes (for Under the Weather)

________ No (for Alvantor)

QUESTION NO. 3c

Did Defendant Alvantor prove by a preponderance of the evidence that it does not infringe Plaintiff Under the Weather's UNDER THE WEATHER trademark because its use was "fair use"?

____________Yes (for Alvantor)

____X_______No (for Under the Weather)

QUESTION NO. 3d

Did Plaintiff Under the Weather prove by preponderance of the evidence that EighteenTek infringed Plaintiff's common law trademark rights in its UNDER THE WEATHER trademark?

____X_______ Yes (for Under the Weather)

____________ No (for EighteenTek)

***If your answer to this question is "no," please <u>skip Question No. 3e</u> on the next page.***

QUESTION NO. 3e

Did Plaintiff Under the Weather prove by a preponderance of the evidence that EighteenTek willfully infringed Plaintiff's common law rights in the UNDER THE WEATHER trademark?

___X___ Yes (for Under the Weather)

__________ No (for EighteenTek)

QUESTION NO. 3f

Did Defendant EighteenTek prove by a preponderance of the evidence that it does not infringe Plaintiff Under the Weather's UNDER THE WEATHER trademark because its use was "fair use"?

__________ Yes (for EighteenTek)

___X___ No (for Under the Weather)

**QUESTION NO. 4 – INFRINGEMENT OF COMMON LAW TRADEMARK RIGHTS IN THE WEATHERPOD MARK**

QUESTION NO. 4a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor infringed its common law trademark rights in Plaintiff's WEATHERPOD trademark?

__X__ Yes (for Under the Weather)

_____ No (for Alvantor)

***If your answer to this question is "no," please skip Question No. 4b on this page.***

QUESTION NO. 4b

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor willfully infringed Plaintiff's common law rights in the WEATHERPOD trademark?

__X__ Yes (for Under the Weather)

_____ No (for Alvantor)

QUESTION NO. 4c

Did Defendant Alvantor prove by a preponderance of the evidence that it does not infringe Plaintiff Under the Weather's WEATHERPOD trademark because its use was "fair use"?

___________Yes (for Alvantor)

___X_____No (for Under the Weather)

QUESTION NO. 4d

Did Plaintiff Under the Weather prove by preponderance of the evidence that EighteenTek infringed Plaintiff's common law trademark rights in its WEATHERPOD trademark?

___X_____ Yes (for Under the Weather)

___________ No (for EighteenTek)

***If your answer to this question is "no," please <u>skip Question No. 4e</u> on the next page.***

QUESTION NO. 4e

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Defendant EighteenTek willfully infringed Plaintiff's common law rights in the WEATHERPOD trademark?

___X___ Yes (for Under the Weather)

________ No (for EighteenTek)

QUESTION NO. 4f

Did Defendant EighteenTek prove by a preponderance of the evidence that it does not infringe Plaintiff Under the Weather's WEATHERPOD trademark because its use was "fair use"?

________ Yes (for EighteenTek)

___X___ No (for Under the Weather)

Case 2:23-cv-08343-MRA-E Document 353-1 Filed 11/20/25 Page 15 of 46 Page ID #:10923

## QUESTION NO. 5 – TRADEMARK DAMAGES

***If your answer to either Questions 1a <u>OR</u> 3a is "yes," please answer the question on this page.***

You have decided in response to Questions Nos. 1a or 3a that Defendant Alvantor infringed Under the Weather's trademark rights in its UNDER THE WEATHER® mark. In the space below, please write the amount that should be paid to Under the Weather as actual damages and profits for Alvantor's infringement of the UNDER THE WEATHER® trademark:

Actual Damages: $ 437,500

Disgorgement of Alvantor's Profits: $ 0

## QUESTION NO. 6 – TRADEMARK DAMAGES

***If your answer to either Questions 2a <u>OR</u> 4a is "yes," please answer the question on this page.***

You have decided in response to Questions Nos. 2a or 4a that Defendant Alvantor infringed Under the Weather's trademark rights in its WEATHERPOD® mark. In the space below, please write the amount that should be paid to Under the Weather as actual damages and profits for Alvantor's infringement of the WEATHERPOD® trademark:

Actual Damages: $ 437,500

Disgorgement of Alvantor's Profits: $ Ø

## QUESTION NO. 7 – TRADEMARK DAMAGES

***If your answer to either Questions 1d <u>OR</u> 3d is "yes," please answer the question on this page.***

You have decided in response to Questions Nos. 1d or 3d that Defendant EighteenTek infringed Under the Weather's trademark rights in its UNDER THE WEATHER® mark. In the space below, please write the amount that should be paid to Under the Weather as actual damages and profits for EighteenTek's infringement of the UNDER THE WEATHER® trademark:

Actual Damages: $ 437,500

Disgorgement of EighteenTek's Profits: $ Ø

## QUESTION NO. 8 – TRADEMARK DAMAGES

***If your answer to either Questions 2d <u>OR</u> 4d is "yes," please answer the question on this page.***

You have decided in response to Questions Nos. 2d or 4d that Defendant EighteenTek infringed Under the Weather's trademark rights in its WEATHERPOD® mark. In the space below, please write the amount that should be paid to Under the Weather as actual damages and profits for EighteenTek's infringement of the WEATHERPOD® trademark:

Actual Damages: $ 437,500

Disgorgement of EighteenTek's Profits: $ 0

## QUESTION NO. 9 – UNFAIR COMPETITION

QUESTION NO. 9a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that the Defendants engaged in unfair competition in violation of federal law?

__________ Yes (for Under the Weather)

____X____ No (for Defendants)

QUESTION NO. 9b

Did Plaintiff Under the Weather prove by a preponderance of the evidence that the Defendants engaged in unfair competition in violation of California Statutory Law?

__________ Yes (for Under the Weather)

____X____ No (for Defendants)

QUESTION NO. 9c

Did Plaintiff Under the Weather prove by a preponderance of the evidence that the Defendants engaged in unfair competition in violation of California Common Law?

____X____ Yes (for Under the Weather)

__________ No (for Defendants)

QUESTION NO. 9d

Did Plaintiff Under the Weather prove by clear and convincing evidence that Defendants engaged in acts of unfair competition with malice, oppression, or fraud?

__________ Yes (for Under the Weather)

__X__ No (for Defendants)

## QUESTION NO. 10 – UNFAIR COMPETITION DAMAGES

***If your answer to Question 9a or 9c is "yes," please answer Question No. 10a on this page.***

QUESTION NO. 10a

You have decided in response to Question 9 that Defendants engaged in acts of unfair competition. In the space below, please write the amount of damages or profits that should be paid to Under the Weather for acts of unfair competition by Defendants:

Actual Damages: $ 250,000

Disgorgement of Defendants' Profits: $ Ø

***If your answer to Question 9b is "yes," please answer Question No. 10b on this page.***

QUESTION NO. 10b

You have decided in response to Question 9 that Defendants engaged in acts of unfair competition. In the space below, please write the amount of profits that should be paid to Under the Weather for acts of unfair competition by Defendants:

Disgorgement of Defendants' Profits: $______________

***If your answer to Question 9d is "yes," please answer Question No. 10c on this page.***

QUESTION NO. 10c

You have decided in response to Question 9d that Defendants engaged in acts of unfair competition with malice, oppression, or fraud by clear and convincing evidence. In the space below, please write the amount of punitive damages that should be paid to Under the Weather for acts of unfair competition by Defendants:

Punitive Damages against Alvantor: $ N/A

Punitive Damages against EighteenTek: $ N/A

Case 2:23-cv-08343-MRA-E Document 343-1 Filed 11/06/25 Page 23 of 46 Page ID #:10831

## QUESTION NO. 11 – FALSE ADVERTISING

QUESTION NO. 11a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Defendant Alvantor engaged in acts of false advertising?

__X__ Yes (for Under the Weather)

_____ No (for Alvantor)

QUESTION NO. 11b

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Defendant EighteenTek engaged in acts of false advertising?

__X__ Yes (for Under the Weather)

_____ No (for EighteenTek)

## QUESTION NO. 12 – FALSE ADVERTISING DAMAGES

***If your answer to Question 11a is "yes," please answer the question on this page.***

You have decided in response to Question No. 11a that Defendant Alvantor engaged in false advertising. In the space below, please write the amount that should be paid to Under the Weather as actual damages and profits for Alvantor's false advertising:

Actual Damages: $ 250,000

Disgorgement of Alvantor's Profits: $ Ø

**QUESTION NO. 13 – FALSE ADVERTISING DAMAGES**

***If your answer to Question 11b is "yes," please answer the question on this page.***

You have decided in response to Question No. 11b that Defendant EighteenTek engaged in false advertising. In the space below, please write the amount that should be paid to Under the Weather as actual damages and profits for EighteenTek's false advertising:

Actual Damages: $ 250,000

Disgorgement of EighteenTek's Profits: $ Ø

## QUESTION NO. 14 – INFRINGEMENT OF PLAINTIFF'S D691,690 PATENT

QUESTION NO. 14a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that at least one of Defendants' tent products infringed U.S. Design Patent No. D690 patent?

(Please answer with a "YES" (for Under The Weather), or with a "NO" (for the Defendants))

Yes: X No: ______

***If you answered "No" to Question 14a, please <u>skip to Question 15a</u>.***

***If you answered "Yes" to Question 14a, please answer <u>the next question</u>.***

QUESTION NO. 14b

For each of Defendants' tents listed below, please indicate which of Defendants' tents infringe the D690 Patent.

(Please answer with a "YES" (for Under The Weather), or with a "NO" (for the Defendants))

a. 1-Person Sports Tent Yes ____ No X

b. Weather Beater Tent Yes X No ____

c. 15x15 Bubble Tent Yes ____ No X

d. 12x12 Bubble Tent Yes ____ No X

e. 10x10 Bubble Tent Yes ____ No X

QUESTION NO. 14c

If you answered "Yes" to any of Questions a through e, and thus found that Defendants infringed the D690 patent, has Under the Weather proven by clear and convincing evidence that Defendants' infringement was willful?

(Please answer with a "YES" (for Under The Weather), or with a "NO" (for the Defendants))

Yes____ No__X__

**<u>QUESTION NO. 15 – INFRINGEMENT OF PLAINTIFF'S D711,998 PATENT</u>**

QUESTION NO. 15a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that at least one of defendants' tent products infringed U.S. Design Patent No. D998 patent?

(Please answer with a "YES" (for Under The Weather), or with a "NO" (for the Defendants))

Yes: ___X___ No: ________

***If you answered "No" to Question 15a, please <u>skip to Question 16a</u>.***

***If you answered "Yes" to Question 15a, please answer <u>the next question</u>.***

QUESTION NO. 15b

For each of defendants' tents listed below, please indicate which of Defendants' tents infringe the D998 Patent.

(Please answer with a "YES" (for Under The Weather), or with a "NO" (for the Defendants))

a. 1-Person Sports Tent With Roof Yes ____ No _X_

b. Weather Beater Tent With Roof Yes _X_ No ____

QUESTION NO. 15c

If you answered "Yes" to any of Questions a through b, and thus found that defendants infringed the D998 patent, has Under The Weather proven by clear and convincing evidence that defendants' infringement was willful?

(Please answer with a "YES" (for Under The Weather), or with a "NO" (for the defendants))

Yes____ No_X__

**QUESTION NO. 16 – INFRINGEMENT OF PLAINTIFF'S D691,689 PATENT**

QUESTION NO. 16a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that at least one of Defendants' tent products infringed the D689 patent?

(Please answer with a "YES" (for Under the Weather), or with a "NO" (for the Defendants))

Yes: ______________ No: ___X___________

***If you answered "No" to Question 16a, please skip to Question 17a.***

***If you answered "Yes" to Question 16a, please answer the next question.***

QUESTION NO. 16b

For the Defendants' tent listed below, please indicate whether it infringes the D689 Patent.

(Please answer with a "YES" (for Under the Weather), or with a "NO" (for the Defendants))

a. 1-Person Sports Tent Yes ____ No____

QUESTION NO. 16c

If you answered "Yes," and thus found that Defendants infringed the D689 patent, has Under the Weather proven by clear and convincing evidence that Defendants' infringement was willful?

(Please answer with a "YES" (for Under the Weather), or with a "NO" (for the Defendants))

Yes____ No____

## QUESTION NO. 17 – INFRINGEMENT OF PLAINTIFF'S D711,997 PATENT

QUESTION NO. 17a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that at least one of Defendants' tent products infringed U.S. Design Patent No. D997 patent?

(Please answer with a "YES" (for Under the Weather), or with a "NO" (for the Defendants))

Yes: ______________ No: X

***If you answered "No" to Question 17a, please <u>skip to Question 18</u>.***

***If you answered "Yes" to Question 17a, please answer <u>the next question</u>.***

QUESTION NO. 17b

For Defendants' tent listed below, please indicate whether it infringes the D997 Patent.

(Please answer with a "YES" (for Under the Weather), or with a "NO" (for the Defendants))

a. 1-Person Sports Tent With Roof Yes ____ No____

QUESTION NO. 17c

If you answered "Yes," and thus found that Defendants infringed the D997 patent, has Under the Weather proven by clear and convincing evidence that Defendants' infringement was willful?

(Please answer with a "YES" (for Under the Weather), or with a "NO" (for the Defendants))

Yes____ No____

## QUESTION NO. 18 – PATENT DAMAGES FOR INFRINGEMENT OF PLAINTIFF'S D691,690 PATENT

***If you answered "yes" to Question 14a, then please proceed to answer the following question.***

What damages and amount do you find that Plaintiff Under the Weather has proven it suffered as a result of Defendants' infringement of Plaintiff's D691,690 by selling, offering to sell, making, using, or importing the following products?

| | Weather Beater | 1-Person Sports Tent | 15x15 Bubble Tent | 12x12 Bubble Tent | 10x10 Bubble Tent |
|---|---|---|---|---|---|
| Lost Profits | $15,000 | Ø | Ø | Ø | Ø |
| Reasonable Royalty | Ø | Ø | Ø | Ø | Ø |
| Disgorgement of Defendants' Profits | Ø | Ø | Ø | Ø | Ø |

## QUESTION NO. 19 – PATENT DAMAGES FOR INFRINGEMENT OF PLAINTIFF'S D711,998 PATENT

***If you answered "yes" to Question 15a, then please proceed to answer the following question.***

What damages and amount do you find that Plaintiff Under the Weather has proven it suffered as a result of Defendants' infringement of Plaintiff's D711,998 by selling, offering to sell, making, using, or importing the following products?

| | Weather Beater Tent With Roof | 1-Person Sports Tent With Roof |
|---|---|---|
| Lost Profits | $15,000 | Ø |
| Reasonable Royalty | Ø | Ø |
| Disgorgement of Defendants' Profits | Ø | Ø |

**QUESTION NO. 20 – PATENT DAMAGES FOR INFRINGEMENT OF PLAINTIFF'S D691,689 PATENT**

***If you answered "yes" to Question 16a, then please proceed to answer the following question.***

What damages and amount do you find that Plaintiff Under the Weather has proven it suffered as a result of Defendants' infringement of Plaintiff's D691,689 by selling, offering to sell, making, using, or importing the following products?

| | 1-Person Sports Tent |
|---|---|
| Lost Profits | Ø |
| Reasonable Royalty | Ø |
| Disgorgement of Defendants' Profits | Ø |

**QUESTION NO. 21 – PATENT DAMAGES FOR INFRINGEMENT OF PLAINTIFF'S D711,997 PATENT**

***If you answered "yes" to Question 17a, then please proceed to answer the following question.***

What damages and amount do you find that Plaintiff Under the Weather has proven it suffered as a result of Defendants' infringement of Plaintiff's D711,997 by selling, offering to sell, making, using, or importing the following products?

| | 1-Person Sports Tent With Roof |
|---|---|
| Lost Profits | Ø |
| Reasonable Royalty | Ø |
| Disgorgement of Defendants' Profits | Ø |

## QUESTION NO. 22 – FALSE PATENT MARKING

QUESTION NO. 22a

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Defendant Alvantor engaged in acts of false patent marking?

__________ Yes (for Under the Weather)

___X______ No (for Alvantor)

QUESTION NO. 22b

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Defendant EighteenTek engaged in acts of false patent marking?

__________ Yes (for Under the Weather)

___X______ No (for EighteenTek)

## QUESTION NO. 23 – FALSE PATENT MARKING DAMAGES

***If your answer to Question 22a is "yes," please answer the question on this page.***

You have decided in response to Question No. 22a that Defendant Alvantor engaged in acts of patent false marking. In the space below, please write the amount that should be paid to Under the Weather as damages for Alvantor's false marking:

$ N/A

## QUESTION NO. 24 – FALSE PATENT MARKING DAMAGES

***If your answer to Question 22b is "yes," please answer the question on this page.***

You have decided in response to Question No. 22b that Defendant EighteenTek engaged in acts of patent false marking. In the space below, please write the amount that should be paid to Under the Weather as damages for EighteenTek's false marking:

$ N/A

**QUESTION NO. 25 – ALTER EGO**

Did Plaintiff Under the Weather prove by a preponderance of the evidence that Alvantor and EighteenTek are alter egos of each other?

___X___ Yes (for Under the Weather)

________ No (for Defendants)

**QUESTION NO. 26 – INFRINGEMENT OF THE PRIVATEPOD® MARK**

QUESTION NO. 26a

Did Defendant Alvantor prove by preponderance of the evidence that Under the Weather infringed its federally registered PRIVATEPOD® trademark?

__________ Yes (for Alvantor)

__X__ No (for Under the Weather)

***If your answer to this question is "no," please skip Question No. 26b on this page.***

QUESTION NO. 26b

Did Defendant Alvantor prove by preponderance of the evidence that Under the Weather willfully infringed its federally registered PRIVATEPOD® trademark?

__________ Yes (for Alvantor)

__X__ No (for Under the Weather)

QUESTION NO. 26c

Did Plaintiff Under the Weather prove by preponderance of the evidence that Alvantor's PRIVATEPOD® mark is invalid?

__________ Yes (for Under the Weather)

__X__ No (for Alvantor)

QUESTION NO. 26d

Did Defendant Alvantor prove by a preponderance of the evidence that Plaintiff had either statutory or actual notice that the PRIVATEPOD mark was registered?

__X__ Yes (for Alvantor)

_____ No (for Under the Weather)

**QUESTION NO. 27 – INFRINGEMENT OF THE PRIVATEPOD MARK**

QUESTION NO. 27a

Did Defendant Alvantor prove by preponderance of the evidence that Under the Weather infringed its common law trademark rights in the PRIVATEPOD trademark?

__________ Yes (for Alvantor)

___X_____ No (for Under the Weather)

***If your answer to this question is "no," please skip Question No. 27b on this page.***

QUESTION NO. 27b

Did Defendant Alvantor prove by preponderance of the evidence that Under the Weather willfully infringed its common law rights in the PRIVATEPOD trademark?

__________ Yes (for Alvantor)

__________ No (for Under the Weather)

QUESTION NO. 27c

Did Plaintiff Under the Weather prove by preponderance of the evidence that Alvantor's PRIVATEPOD mark is invalid?

__________ Yes (for Under the Weather)

___X___ No (for Alvantor)

## QUESTION NO. 28 – UNFAIR COMPETITION

Did Defendant Alvantor prove by a preponderance of the evidence that Under the Weather engaged in unfair competition in violation of federal law by using the PRIVATEPOD Mark?

Yes _____ (for Alvantor)

No __X__ (for Under the Weather)

**QUESTION NO. 29 – PRIOR USE OF PRIVACY POD**

Did Plaintiff Under the Weather prove by preponderance of the evidence that it did not infringe Alvantor's PRIVATEPOD trademark because it used PRIVACYPOD before Alvantor used PRIVATEPOD?

__X__ Yes (for Under the Weather)

_____ No (for Alvantor)

*Please date, sign, and return this Verdict Form to the Court Clerk.*

I hereby certify that this verdict is unanimous.

[redacted]

Dated: 10/29/2026